UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. INTEGRA MED ANALYTICS LLC, ) ) ) Plaintiffs, ) ) v. ) ) SYMPHONY HEALTHCARE LLC; SELECT REHABILITATION, INC; et al., ) ) ) Defendants. ) | No. 20 C 348 <br><br> Chief Judge Kendall <br><br> **FILED IN CAMERA AND UNDER SEAL** |

## <u>ORDER</u>

The United States having intervened in this action in-part for purpose of settlement pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2), (4), it is ORDERED that:

1. The Complaint, the United States' Notice of Election to Intervene In-Part for Purpose of Settlement and Request to Lift Seal, Exhibit 1, and this Order be unsealed.

2. All other papers on file in this action shall remain under seal.

3. The seal shall be lifted on all filings occurring in this action after the date of this Order.        ENTERED:

_____
United States District Judge
Hon. Virginia M. Kendall, Chief

Dated: 5/5/2026 _____